# In the United States Court of Federal Claims

No. 19-440C
(Filed: October 28, 2019)

| | |
|---|---|
| **VICTORIA SZUGGAR and KIANA BARTON, on behalf of themselves and all others similarly situated,** <br><br> *Plaintiffs,* <br><br> v. <br><br> **UNITED STATES,** <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

For the reasons provided in the Memorandum Opinion filed contemporaneously, the defendant's motion to dismiss (ECF 14) is GRANTED, and the case is DISMISSED without prejudice.  The Clerk is directed to enter judgment accordingly.   No costs are awarded.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**
